UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK PATRICK BARRASSO, | )<br>) |
| Plaintiff, | )    2:10-cv-1122-KJD-RJJ |
| vs. | )<br>) |
| WILLIAMSBURG PLANTATION, INC., | )    O R D E R |
| Defendant, | )<br>) |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Application (#1) is scheduled for August 25, 2010, at 8:30 am in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff Frank Barrasso is required to be present in court for this hearing. Plaintiff is advised that failure to attend this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the clerk shall serve a copy of this Order on the plaintiff by certified mail, return receipt requested.

DATED this   19th   day of July, 2010.

                                                      ROBERT J. JOHNSTON<br>
                                                      United States Magistrate Judge