1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

7
8
9

FRANK PATRICK BARRASSO,

10

     Plaintiff,

2:10-cv-1122-KJD-RJJ

11

vs.

**ORDER**

12

WILLIAMSBURG PLANTATION,
INC., *et al*.,

13
14

     Defendants.

15
16

     Plaintiff has submitted an Application to Proceed <u>in Forma Pauperis</u> (#1) and a Civil

17

Rights Complaint Pursuant to 42 U.S.C. § 1983.  At the hearing held August 25, 2010, the Court

18

found that Plaintiff is unable to pre-pay the filing fee. Good cause appearing therefore,.

19

     IT IS HEREBY ORDERED that Plaintiff's Application to Proceed <u>in Forma Pauperis</u>

20

is **GRANTED**.  Plaintiff shall not be required to pre-pay the full filing fee of three hundred fifty

dollars ($350.00).

21
22

     IT IS FURTHER ORDERED that the movant herein is permitted to maintain this

23

action to conclusion without the necessity of prepayment of any additional fees or costs or the

24

giving of security therefor.  This Order granting leave to proceed <u>in forma pauperis</u> shall not extend

to the issuance of subpoenas at government expense.

25
26

     IT IS FURTHER ORDERED that the Clerk of the Court shall file the Complaint,

27

issue summons to the named defendants herein, and deliver same to the U.S. Marshal for service.

28

Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms

1    USM-285.  Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form

2    USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the

3    Court identifying which defendants were served and which were not served, if any.  If Plaintiff

4    wishes to have service again attempted on an unserved defendant(s), then a motion must be filed

5    with the Court identifying the unserved defendant(s) and specifying a more detailed name and/or

6    address for said defendant(s), or whether some other manner of service should be attempted.

7    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within

8    one hundred twenty (120) days from the date that the Complaint was filed.

9         IT IS FURTHER ORDERED that henceforth, Plaintiff shall serve upon defendants

10   or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading,

11   motion or other document submitted for consideration by the court.  Plaintiff shall include with the

12   original paper submitted for filing a certificate stating the date that a true and correct copy of the

13   document was mailed to the defendants or counsel for the defendants.  The court may disregard any

14   paper received by a district judge or magistrate judge which has not been filed with the Clerk, and

15   any paper received by a district judge, magistrate judge or the Clerk which fails to include a

16   certificate of service.

17        DATE this 15th day of September, 2010.

18

19                                          _____
                                           ROBERT J. JOHNSTON
20                                         United States Magistrate Judge

21

22

23

24

25

26

27

28