# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK PATRICK BARRASSO,

    Plaintiff,

v.

WILLIAMSBURG PLANTATION, INC., *et al*.,

    Defendants.

Case No. 2:10-CV-01122-KJD-RJJ

**ORDER**

    On September 15, 2010, Magistrate Judge Robert J. Johnston granted Plaintiff's motion to proceed *in forma pauperis*. The Magistrate Judge ordered the Clerk of the Court to file the Complaint, prepare Summons and forward the Summons and Complaint to the United States Marshal for service. The Magistrate Judge also ordered Plaintiff to provide the Marshal with properly completed USM-285 forms within twenty (20) days of the Court's order.

    On September 21, 2010, Plaintiff informed the Court (#9) that he retained a Virginia corporation to effect service of the complaint. On October 5, 2010, Plaintiff filed his Affidavit of Service of Order (#11). The documents contained in Docket No. 11 only reflect that an "Order" was served. Federal Rule of Civil Procedure ("Rule") 4(c) requires a copy of the summons and complaint to be served upon defendants within one-hundred and twenty days of the filing of the complaint.

1  Plaintiff's proof of service does not reflect that he served the summons and complaint in compliance
2  with Rule 4.  Accordingly, Plaintiff is ordered to file proof that service was made in accordance with
3  Rule 4(c) , within twenty-one (21) days of the entry of this order.
4      DATED this 5th day of November 2010.

_____
Kent J. Dawson
United States District Judge